B8 (Form 8) (12/08)

# United States Bankruptcy Court
### District of Nevada

In re  **Maria deJesus Rueda**  
Debtor(s)

Case No.  **09-21878**  
Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> Americas Servicing Co | **Describe Property Securing Debt:** <br> 4317 Galore Avenue <br> Las Vegas, NV  89115 <br> NORTHPOINTE UNIT #3 <br> PLAT BOOK 28 PAGE 2 <br> LOT 15 <br> SEC 08 TWP 20 RNG 62 |
|---|---|

Property will be (check one):  
■ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt     ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> Baja Auto | **Describe Property Securing Debt:** <br> 2003 Ford Taraus |
|---|---|

Property will be (check one):  
☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
■ Reaffirm the debt  
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt     ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                      Page 2

**Property No. 3**

| **Creditor's Name:** <br> **Santander Consumer Usa** | **Describe Property Securing Debt:** <br> **2005 Lincoln Aviator** |
|---|---|

Property will be (check one):
   ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt        ☐ Not claimed as exempt

**Property No. 4**

| **Creditor's Name:** <br> **Select Portfolio Svcin** | **Describe Property Securing Debt:** <br> **4317 Galore Avenue** <br> **Las Vegas, NV 89115** <br> **NORTHPOINTE UNIT #3** <br> **PLAT BOOK 28 PAGE 2** <br> **LOT 15** <br> **SEC 08 TWP 20 RNG 62** |
|---|---|

Property will be (check one):
   ■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt        ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| **Lessor's Name:** <br> **-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES      ☐ NO |
|---|---|---|

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **August 26, 2009**          Signature    **/s/ Maria deJesus Rueda**
                                                               **Maria deJesus Rueda**
                                                               Debtor